IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINICK FRASCA,<br>      **Plaintiff** | No. 3:22cv2022 |
| v. | (Judge Munley) |
| WALLENPAUPACK LAKE ESTATES<br>and WALLENPAUPACK LAKE<br>PROPERTY OWNERS ASSOCIATION,<br>      **Defendants** | |

............................................................................................................

## ORDER

**AND NOW**, this 14th day of March 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants Wallenpaupack Lake Estates and Wallenpaupack Lake Property Owners Association's motion to dismiss for failure to state a claim (Doc. 3) is **GRANTED**;

2) Plaintiff's complaint is **DISMISSED** with prejudice;

3) Defendants' motion for sanctions (Doc. 7) is **DENIED**; and

4) The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Julia K. Munley

**JUDGE JULIA K. MUNLEY**
United States District Court